# EXHIBIT 1

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Deglman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net

*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Case No.  CV28-19-3220<br><br>COMPLAINT FOR DAMAGES<br><br>Fee Category:    A. A.<br>Fee:              $221.00 |

Plaintiff TERRY JENNINGS-MOLINE, by and through her attorney, WES S. LARSEN

of the firm JAMES, VERNON AND WEEKS, P.A., alleges on information and belief against

DEPUY ORTHOPAEDICS, INC., DEPUY PRODUCTS, INC., DEPUY INTERNATIONAL

LIMITED, JOHNSON & JOHNSON COMPANY, and JOHNSON & JOHNSON SERVICES,

INC., ("Defendants"), the following:

Date Served: ___6-5-19___

Company Served: ___J+J___

_____

_____

___JJL 2019 011 018___

Personal Service                    MNB

Meyer, Cynthia K.C.

COMPLAINT FOR DAMAGES - Page 1 of 13

# I.

## IDENTITY OF THE PARTIES, JURISDICTION, AND VENUE

1.1.  Plaintiff TERRY JENNINGS-MOLINE: At all times relevant hereto, Plaintiff TERRY JENNINGS-MOLINE was a resident of Kootenai County, State of Idaho. Plaintiff was implanted with a Pinnacle hip implant device, which included an ALTRX polyethylene acetabular liner, at Kootenai Medical Center in Coeur d'Alene, Idaho on or about January 12, 2016, which ALTRX acetabular liner later failed and caused injury to Plaintiff in or about February 2018. Plaintiff underwent revision surgery to remove and replace the ALTRX acetabular liner at Kootenai Medical Center in Coeur d'Alene, Idaho on or about February 16, 2018.

1.2.  Defendant DEPUY ORTHOPAEDICS, INC.: Defendant DEPUY ORTHOPAEDICS, INC. is, and at all times relevant to this Complaint was, an Indiana Corporation with its principal place of business at 700 Orthopaedic Drive, Warsaw, Indiana 46581. CT Corporation System is listed on the Indiana Secretary of State's website as DEPUY ORTHOPAEDICS, INC.'s registered agent for service of process, with a service address of 150 West Market Street, Suite 800, Indianapolis, IN 46204. Defendant DEPUY ORTHOPAEDICS, INC. is and was at all times relevant herein doing business in and/or having directed its activities at Idaho, and specifically this judicial district.

1.3.  At all relevant times to this Complaint, DEPUY ORTHOPAEDICS, INC., designed, manufactured, tested, marketed, distributed, and sold the Pinnacle ALTRX polyethylene acetabular liner, either directly or indirectly, to customers throughout the United States, including the Plaintiff, TERRY JENNINGS-MOLINE, in the city of Coeur d'Alene, the state of Idaho.

1.4.    Defendant DEPUY PRODUCTS, INC.: Defendant DEPUY PRODUCTS, INC. is, and at all times relevant to this Complaint was, an Indiana Corporation with its principal place of business at 700 Orthopaedic Drive, Warsaw, Indiana 46581. CT Corporation System is listed on the Indiana Secretary of State's website as DEPUY PRODUCTS, INC.'s registered agent for service of process, with a service address of 150 West Market Street, Suite 800, Indianapolis, IN 46204. Defendant DEPUY PRODUCTS, INC. is and was at all times relevant herein doing business in and/or having directed its activities at Idaho, and specifically this judicial district.

1.5.    At all relevant times to this Complaint, DEPUY PRODUCTS, INC., designed, manufactured, tested, marketed, distributed, and sold the Pinnacle ALTRX polyethylene acetabular liner, either directly or indirectly, to customers throughout the United States, including the Plaintiff, TERRY JENNINGS-MOLINE, in the city of Coeur d'Alene, the state of Idaho.

1.6.    Defendant DEPUY INTERNATIONAL LIMITED: Defendant DEPUY INTERNATIONAL LIMITED is a corporation organized and existing pursuant to the laws of the United Kingdom, with its principal place of business located at St. Anthony's Road, Leeds, West Yorkshire, LS11 8DT, United Kingdom. Defendant DEPUY INTERNATIONAL LIMITED is and was at all times relevant herein doing business in and/or having directed its activities at Idaho, and specifically this judicial district.

1.7.    At all relevant times to this Complaint, DEPUY INTERNATIONAL LIMITED, designed, manufactured, tested, marketed, distributed, and sold the Pinnacle ALTRX polyethylene acetabular liner, either directly or indirectly, to customers throughout the United States, including the Plaintiff, TERRY JENNINGS-MOLINE, in the city of Coeur d'Alene, the state of Idaho.

1.8.    Defendant JOHNSON & JOHNSON COMPANY: Defendant JOHNSON & JOHNSON COMPANY is, and at all times relevant to this Complaint was, a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and was the parent company of DEPUY ORTHOPAEDICS, INC. Johnson & Johnson is listed on the New Jersey Division of Revenue and Enterprise Services' website as JOHNSON & JOHNSON COMPANY's registered agent for service of process, with a service address of One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933. Defendant JOHNSON & JOHNSON COMPANY is and was at all times relevant herein doing business in and/or having directed its activities at Idaho, and specifically this judicial district.

1.9.    At all relevant times to this Complaint, Defendant JOHNSON & JOHNSON COMPANY, as the parent company of DePUY ORTHOPAEDICS, INC., designed, manufactured, tested, advertised, marketed, distributed, and sold the Pinnacle ALTRX polyethylene acetabular liner, either directly or indirectly, to customers throughout the United States, including the Plaintiff, TERRY JENNINGS-MOLINE, in the city of Coeur d'Alene, the state of Idaho.

1.10.   Defendant JOHNSON & JOHNSON SERVICES, INC.: Defendant JOHNSON & JOHNSON SERVICES, INC. is, and at all times relevant to this Complaint was, a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933. Johnson & Johnson is listed on the New Jersey Division of Revenue and Enterprise Services' website as JOHNSON & JOHNSON SERVICES, INC.'s registered agent for service of process, with a service address of One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933. Defendant JOHNSON & JOHNSON SERVICES, INC. is and was at all times relevant herein doing business in and/or having directed its activities at

Idaho, and specifically this judicial district.

1.11. At all relevant times to this Complaint, Defendant JOHNSON & JOHNSON SERVICES, INC., designed, manufactured, tested, advertised, marketed, distributed, and sold the Pinnacle ALTRX polyethylene acetabular liner, either directly or indirectly, to customers throughout the United States, including the Plaintiff, TERRY JENNINGS-MOLINE, in the city of Coeur d'Alene, the state of Idaho.

1.12. At all times relevant herein, Defendants were the agents of each other, and in doing the things alleged herein, each defendant was acting within the course and scope of its agency and was subject to and under the supervision of its co-defendants.

1.13. Because Plaintiff received the implanted Pinnacle ALTRX polyethylene acetabular liner at issue in Kootenai County, State of Idaho, and the ALTRX acetabular liner was subsequently removed and replaced in Kootenai County, State of Idaho, the District Court of the First Judicial District of the State of Idaho has jurisdiction over this cause. The jurisdictional amount established for filing this action is satisfied. Venue is proper with this Court.

## II.

## GENERAL ALLEGATIONS

2.1. Plaintiff incorporates by reference all other paragraphs of this Complaint as if set forth herein.

2.2. Upon information and belief, the Defendants manufactured, sold, and placed into the stream of commerce in the State of Idaho a hip implant polyethylene acetabular liner known as the Pinnacle ALTRX polyethylene acetabular liner.

2.3. On or about January 12, 2016, Plaintiff underwent a left total hip arthroplasty surgery at Kootenai Medical Center in Coeur d'Alene, Idaho, to correct left hip arthritis

secondary to developmental hip dysplasia. The surgery was performed by Douglas McInnis, M.D. During the surgery, a Pinnacle hip implant device was implanted, which included a Pinnacle ALTRX polyethylene acetabular liner (REF: 1221-36-154; LOT: 699829).

2.4.    The ALTRX polyethylene acetabular liner subsequently failed. In or about February 2018, Plaintiff experienced a sudden painful sensation in her left hip and began noticing an audible squeaking in her hip when she ambulated. Plaintiff therefore presented to Douglas McInnis, M.D., who noted that on radiographs the femoral head was no longer centered within the acetabular cavity. According to Plaintiff's medical records, Dr. McInnis felt that "this represented either disassociation of the liner or fracture of the liner in conjunction with the audible squeaking."

2.5.    Dr. McInnis performed emergent revision surgery at Kootenai Medical Center in Coeur d'Alene, Idaho on or about February 16, 2018, during which he identified that the ALTRX acetabular liner "had dissociated from the acetabular shell." The doctor also noted that "[i]t appeared that the liner had been dissociated for some time." During the revision surgery, Dr. McInnis replaced the failed ALTRX liner with a new liner within the existing Pinnacle hip implant hardware.

2.6.    At all times material hereto Defendants, and each of them, acted tortiously, negligently, recklessly, and in a manner that gave rise to Plaintiff's claims and damages.

## III.

## PRODUCT LIABILITY, FAILURE TO WARN, BREACH OF WARRANTY, STRICT LIABILITY, NEGLIGENCE, RECKLESSNESS, AND TORTIOUS CONDUCT OF THE DEFENDANTS

3.1.    Plaintiff incorporates by reference all other paragraphs of this Complaint as if set forth herein.

3.2.    At the time of the events described in the preceding paragraphs, the Defendants, and each of them, were the manufacturers, developers, distributors, promoters, suppliers, and sellers of the Pinnacle ALTRX polyethylene acetabular liner product at issue. At all times material hereto, the product was defective and was unreasonably dangerous to consumers, including the time at which it left the hands of the Defendants and entered the stream of commerce.

3.3.    The Pinnacle ALTRX polyethylene acetabular liner product is defective in its design in that it is not reasonably fit, suitable, or safe for its intended purpose and/or its foreseeable risks exceeded the benefits associated with its design.

3.4.    The defective condition of the Pinnacle ALTRX polyethylene acetabular liner product renders it unreasonably dangerous, and the product was in this defective condition at the time it left the hands of the Defendants. The product was expected to, and did, reach consumers, including Plaintiff, without substantial change in the condition in which it was designed, manufactured, labeled, sold, distributed, marketed, promoted, supplied, and otherwise released into the stream of commerce.

3.5.    The Defendants, and each of them, are liable to Plaintiff pursuant to the law of the State of Idaho, including Idaho Code § 6-1401 *et. seq.*, for designing, manufacturing, and placing

into the stream of commerce a defective product which was unreasonably dangerous for its reasonably foreseeable uses at the time it left the control of said Defendants.

3.6.     Defendants, and each of them, are strictly liable to Plaintiff for designing, manufacturing, and placing into the stream of commerce a defective product, which was unreasonably dangerous and unsuitable for its reasonably foreseeable uses at the time it left the control of the Defendants because of the aforementioned defects pursuant to §402 (A) of the Restatement of Torts, 2nd, and Idaho Code § 6-1401 *et. seq.*

3.7.     The Defendants, and each of them, developed, designed, tested, manufactured, inspected, labeled, distributed marketed, promoted, sold, and otherwise released into the stream of commerce the Pinnacle ALTRX polyethylene acetabular liner product mentioned above, and in the course of same, directly advertised or marketed the product to businesses, physicians, consumers, or persons responsible for consumers, and therefore had a duty to warn of the risks associated with the use of the product.

3.8.     The Pinnacle ALTRX polyethylene acetabular liner product was under the exclusive control of the Defendants as aforesaid, and was unaccompanied by appropriate warnings and/or instruction for use.

3.9.     The Defendants, and each of them, have failed to timely and reasonably warn of material facts regarding the safety and efficacy of the Pinnacle ALTRX polyethylene acetabular liner product so that no business, physician, and/or consumer, including Plaintiff, would have used the ALTRX liner had those facts been made known to such consumers.

3.10.    The Pinnacle ALTRX polyethylene acetabular liner product, which was developed, designed, tested, manufactured, inspected, labeled, distributed, marketed, promoted,

sold, and otherwise released into the stream of commerce by the Defendants, was defective due to inadequate post-marketing warnings and/or instruction.

3.11.   At the time of the design, manufacture, distribution, or sale of the Pinnacle ALTRX polyethylene acetabular liner product described above, the Defendants, and each of them, warranted, expressly and impliedly, that the product was safe to be used in the manner and for the purpose of which the product was designed, manufactured, distributed, or sold; and said warranties were breached by the Defendants, and each of them, in that said product was not safe, but was defective and unreasonably dangerous for the use and purposes for which said product was respectively designed, manufactured, distributed, sold, leased, or loaned.

3.12.   As a direct and proximate result of the defective and unreasonably dangerous condition of the product, and as a direct consequence of the breach of warranties by said Defendants, the Pinnacle ALTRX polyethylene acetabular liner product failed, thereby necessitating additional medical treatment and prolonged recovery.

3.13.   At all times material hereto, the Defendants, and each of them, had certain duties imposed upon them by industry standards, statutes, regulations, and common law which each defendant owed to Plaintiff; and said Defendants did negligently, carelessly, tortiously, and recklessly breach said duties, including but not limited to:

> 3.13.A. Designing, manufacturing, distributing, and/or selling a defective product;
>
> 3.13.B. Failing to properly warn of the dangers of the product;
>
> 3.13.C. Failing to provide adequate instructions regarding implantation and/or use of the product;
>
> 3.13.D. Failing to follow industry standards; and
>
> 3.13.E. Failing to conform the product to industry standards.

3.14.    Further, the Defendants acted in concert by pursuing a common plan or design, namely, that of manufacturing, developing, distributing, promoting, supplying, and selling the Pinnacle ALTRX polyethylene acetabular liner product at issue, which resulted in the commission of a reckless tortious act against the Plaintiff.

3.15.    As a direct and proximate result of each Defendant's respective product liability, strict liability, failure to warn, breach of warranty, negligence, recklessness, fraud, misrepresentation, tortious conduct, acts, and omissions alleged herein, Plaintiff TERRY JENNINGS-MOLINE was seriously injured and damaged. Although medical attention and supportive remedies have been resorted to, said injuries, together with pain, discomfort, and limitation of movement, prevail and will continue to prevail for an indefinite time into the future. It is impossible at this time to fix the full nature, extent, severity, and duration of said injuries, but they are alleged to be permanent, progressive and disabling. Plaintiff has incurred and will likely continue to incur damages. These damages include medical expenses, lost wages, and other expenses to be proven at the time of trial, all to said Plaintiff's general damages in an amount now unknown. These special and general damages include physical injury, diminished ability to function in daily life, disfigurement, anxiety, frustration, worry, concern, and general emotional upset.

## IV.

## FRAUD AND MISREPRESENTATION BY THE DEFENDANTS

4.1.    Plaintiff incorporates by reference all other paragraphs of this Complaint as if set forth herein, and further alleges as follows:

4.2.    The Defendants, and each of them, made material representations of fact with regards to the safe and proper use of the Pinnacle ALTRX polyethylene acetabular liner product.

These representations specifically include representations by each defendant that said product was safe, and sufficient for its prescribed uses.

4.3.    Said representations made by each defendant were false.

4.4.    The Defendants, and each of them, made these representations with the knowledge of their falsity or in reckless ignorance of their truth.

4.5.    Plaintiff was ignorant of the falsity of said representations.

4.6.    The Defendants, and each of them, intended that their respective representations be acted upon by Plaintiff and others, and acted upon in a manner reasonably contemplated.

4.7.    Plaintiff and others relied on the respective representations made by the Defendants with regards to the Pinnacle ALTRX polyethylene acetabular liner product.

4.8.    Plaintiff and others had the right to rely upon said representations made by the Defendants.

4.9.    Said representations made by the Defendants with regards to the safe and proper use of the Pinnacle ALTRX polyethylene acetabular liner product and the reliance upon the same by the Plaintiff were a proximate cause of injuries to Plaintiff and the damages sought herein by the Plaintiff.

## V.

## NEGLIGENCE, NEGLIGENCE PER SE, RECKLESSNESS, AND TORTIOUS CONDUCT OF ALL DEFENDANTS

5.1.    Plaintiff incorporates by reference all other paragraphs of this Complaint as if set forth herein, and further alleges as follows:

5.2.    Defendants, and each of them, are liable, accountable, and answerable for their negligence, negligence per se, recklessness, and tortious conduct in the following respects, among others, singularly or in combination, as more particularly set forth herein.

5.3.    Each and every one of the Defendants owed a duty of care to Plaintiff and others who utilized the Pinnacle ALTRX polyethylene acetabular liner product at issue.

5.4.    Defendants, and each of them, breached their duty to Plaintiff by failing to properly design, manufacture, test, license, and label the product.

5.5.    Further, the Defendants acted in concert by pursuing a common plan or design, namely, that of manufacturing, developing, distributing, promoting, supplying, and selling the Pinnacle ALTRX polyethylene acetabular liner product at issue, which resulted in the commission of a reckless tortious act against the Plaintiff.

5.6.    As a direct and proximate result of each Defendant's negligence, recklessness, negligence, and negligence per se, Plaintiff was seriously injured and damaged. Although medical attention and supportive remedies have been resorted to, said injuries, together with pain, discomfort, and limitation of movement, prevail and will continue to prevail for an indefinite time into the future. It is impossible at this time to fix the full nature, extent, severity, and duration of said injuries, but they are alleged to be permanent, progressive, and disabling. Plaintiff has incurred and will likely continue to incur damages. These damages include medical expenses, lost wages, and other expenses to be proved at the time of trial, all to said Plaintiff's general damages in an amount now unknown. These special and general damages include physical injury, diminished ability to function in daily life, disfigurement, anxiety, frustration, worry, concern, and general emotional upset.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against each Defendant, jointly and severally, in an amount that will sufficiently compensate Plaintiff for damages received, along with reasonable costs, interest, attorney fees, and such other relief as the Court may deem appropriate.

DATED this 30th day of April, 2019.

JAMES, VERNON & WEEKS, P.A.

/s/ Wes S. Larsen
Wes S. Larsen, ISB No. #9134
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
E-mail: wes@jvwlaw.net
Attorney for Plaintiff Terry Jennings-Moline

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Deglman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net

*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC.,<br><br>        Defendants. | Case No. CV28-19-3220<br><br>SUMMONS |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS.  READ THE INFORMATION BELOW.

**TO:  DEPUY ORTHOPAEDICS, INC.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty-one (21) days after service of this Summons on you.  If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

SUMMONS - Page 1

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

    1.    The title and number of this case.

    2.    If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

    3.    Your signature, mailing address and telephone number, of the signature, mailing address, and telephone number of your attorney.

    4.    Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

WITNESS my hand and the seal of said District Court this ___6___ day of May, 2019.

IDAHO DISTRICT COURT CLERK
COUNTY OF KOOTENAI



By:_____
    Deputy

SUMMONS - Page 2

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Deglman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net

*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE, | Case No.  CV28-19-3220 |
| Plaintiff, | |
| vs. | SUMMONS |
| DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC., | |
| Defendants. | |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS.  READ THE INFORMATION BELOW.

**TO:   DEPUY PRODUCTS, INC.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty-one (21) days after service of this Summons on you.  If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

SUMMONS - Page 1

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, of the signature, mailing address, and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

WITNESS my hand and the seal of said District Court this 6 day of May, 2019.

IDAHO DISTRICT COURT CLERK
COUNTY OF KOOTENAI

By: _____
Deputy

SUMMONS - Page 2

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Degitman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net

*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE,<br><br>          Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC.,<br><br>          Defendants. | Case No.   CV28-19-3220<br><br>SUMMONS |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS.  READ THE INFORMATION BELOW.

**TO:     DEPUY INTERNATIONAL LIMITED**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty-one (21) days after service of this Summons on you.  If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

SUMMONS - Page 1

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

        1.      The title and number of this case.

        2.      If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

        3.      Your signature, mailing address and telephone number, of the signature, mailing address, and telephone number of your attorney.

        4.      Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

WITNESS my hand and the seal of said District Court this \_\_6\_\_ day of May, 2019.

IDAHO DISTRICT COURT CLERK
COUNTY OF KOOTENAI

By:_____
      Deputy

SUMMONS - Page 2

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Degiman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net



*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE, | Case No. CV28-19-3220 |
| Plaintiff, | |
| vs. | SUMMONS |
| DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC., | |
| Defendants. | |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS.  READ THE INFORMATION BELOW.

**TO:   JOHNSON & JOHNSON COMPANY**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty-one (21) days after service of this Summons on you.  If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

SUMMONS  -  Page 1

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

      1.      The title and number of this case.

      2.      If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

      3.      Your signature, mailing address and telephone number, of the signature, mailing address, and telephone number of your attorney.

      4.      Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

WITNESS my hand and the seal of said District Court this 6 day of May, 2019.

IDAHO DISTRICT COURT CLERK
COUNTY OF KOOTENAI

By:_____
       Deputy

SUMMONS - Page 2

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Deglman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net

*Attorneys for Plaintiff*



## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE, | Case No.   CV28-19-3220 |
| Plaintiff, | |
| | SUMMONS |
| vs. | |
| DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC., | |
| Defendants. | |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS.  READ THE INFORMATION BELOW.

**TO:   JOHNSON & JOHNSON SERVICES, INC.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty-one (21) days after service of this Summons on you.  If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

SUMMONS - Page 1

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

    1.     The title and number of this case.

    2.     If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

    3.     Your signature, mailing address and telephone number, of the signature, mailing address, and telephone number of your attorney.

    4.     Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

    To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

WITNESS my hand and the seal of said District Court this __6__ day of May, 2019.

                    IDAHO DISTRICT COURT CLERK
                    COUNTY OF KOOTENAI

**CLERK OF COURT** — FIRST JUDICIAL DISTRICT KOOTENAI COURT — STATE OF IDAHO

By:_____
                Deputy

SUMMONS - Page 2

Electronically Filed
4/30/2019 8:04 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Deglman, Deputy Clerk

JAMES, VERNON & WEEKS, P.A.
Wes S. Larsen, ISB #9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
wes@jvwlaw.net

*Attorneys for Plaintiff*

Date Served: _____ 6/5/19 _____

Company Served: _____

_____

JAG Svcs

JJLZC19011018

Personal Service          KMG

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Case No.   CV28-19-3220<br><br>COMPLAINT FOR DAMAGES<br><br>Fee Category:   A. A.<br>Fee:               $221.00 |

Plaintiff TERRY JENNINGS-MOLINE, by and through her attorney, WES S. LARSEN

of the firm JAMES, VERNON AND WEEKS, P.A., alleges on information and belief against

DEPUY ORTHOPAEDICS, INC., DEPUY PRODUCTS, INC., DEPUY INTERNATIONAL

LIMITED, JOHNSON & JOHNSON COMPANY, and JOHNSON & JOHNSON SERVICES,

INC., ("Defendants"), the following:

Meyer, Cynthia K.C.

COMPLAINT FOR DAMAGES - Page 1 of 13

Electronically Filed
6/19/2019 10:28 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Elizabeth Floden, Deputy Clerk

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO
IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| TERRY JENNINGS-MOLINE, | Plaintiff(s) – Petitioner(s) |
| V. | CASE NO.: CV28-19-3220 |
| DEPUTY ORTHOPAEDICS, INC. ET AL., | Defendant(s) – Respondent(s) |

STATE OF NEW JERSEY
COUNTY OF ESSEX          ss.:

**Anabella Pinto**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **6/5/2019 at 2:50 PM**, I served a true copy of a **SUMMONS, COMPLAINT FOR DAMAGES** upon **JOHNSON & JOHNSON COMPANY** at **ONE JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ 08933** in the manner indicated below:

**Corporation [ X ]**     By delivering a true copy of each to **MICHELE BACORIN** personally.
Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **PARALEGAL** thereof, and an authorized person to accept service of process.

| Approximate Description of Receipt | Female | White | Grey | 65 | N/A | N/A | Blue Eyes |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Sworn to before me this
___6___ day of _June_, 20_19_

Notary Public

Anabela Pinto
PO BOX 25066
Newark, NJ 07102
800-637-1805

Alexander Vays, Esq.
Notary Public
State of New Jersey
New Jersey Attorney ID 068072014

Electronically Filed
6/19/2019 10:28 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Elizabeth Floden, Deputy Clerk

**IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO
IN AND FOR THE COUNTY OF KOOTENAI**

| | |
|---|---|
| TERRY JENNINGS-MOLINE, | Plaintiff(s) – Petitioner(s) |
| V. | CASE NO.: CV28-19-3220 |
| DEPUTY ORTHOPAEDICS, INC. ET AL., | Defendant(s) – Respondent(s) |

STATE OF NEW JERSEY
COUNTY OF ESSEX          ss.:

**Anabella Pinto**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On 6/5/2019 at 2:50 PM, I served a true copy of a **SUMMONS, COMPLAINT FOR DAMAGES** upon **JOHNSON & JOHNSON SERVICES INC.** at **ONE JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ 08933** in the manner indicated below:

| | |
|---|---|
| **Corporation**<br>**[ X ]** | By delivering a true copy of each to **MICHELE BACORIN** personally.<br>Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **PARALEGAL** thereof, and an authorized person to accept service of process. |

| **Approximate Description of Receipt** | Female | White | Grey | 65 | N/A | N/A | Blue Eyes |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Sworn to before me this
__6__ day of _June_, 20**19**

_____
Notary Public

Anabela Pinto
PO BOX 25066
Newark, NJ 07102
800-637-1805

Alexander Vays, Esq.
Notary Public
State of New Jersey
New Jersey Attorney ID 000072014

Electronically Filed
6/19/2019 10:28 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Elizabeth Floden, Deputy Clerk

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Idaho** | **County of Kootenal** | **District Court** |

Case Number: CV28-19-3220

Plaintiff:
**TERRY JENNINGS-MOLINE**

vs.

Defendant:
**DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC.,**

TPL2019111430

For:
Wes S. Larsen
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur D'Alene, ID 83814

Received by TSI Legal on the 11th day of June, 2019 at 1:21 pm to be served on **DEPUY ORTHOPAEDICS, INC. c/o CT Corporation, 150 W. Market Street, Suite 800, Indianapolis, IN 46404,**

I, Carly Griffin, being duly sworn, depose and say that on the **12th day of June, 2019** at **10:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint for Damages** to: **Patrick Jones as Registered Agent for DEPUY ORTHOPAEDICS, INC.,** at the address of: **150 W. Market Street, Suite 800, Indianapolis, IN 46404,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 5'7", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

State of **Indiana**

County of **Marion**

Subscribed to before me on the **17** day of **June**, 2019.
by the affiant who is personally known to me.

NOTARY PUBLIC

KATE VICTORIA PETRI
Notary Public – Seal
Marion County – State of Indiana
Commission Number 708011
My Commission Expires Nov 28, 2025

Carly Griffin

**TSI Legal**
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: TPL-2019111430
Ref: Jennings-Moline v. Depuy

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Electronically Filed
6/19/2019 10:28 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Elizabeth Floden, Deputy Clerk

## AFFIDAVIT OF SERVICE

| State of Idaho | County of Kootenai | District Court |
|---|---|---|

Case Number: CV28-19-3220

Plaintiff:
**TERRY JENNINGS-MOLINE**

vs.

Defendant:
**DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON COMPANY; and JOHNSON & JOHNSON SERVICES, INC.,**

TPL2019111426

For:
Wes S. Larsen
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur D'Alene, ID 83814

Received by TSI Legal on the 11th day of June, 2019 at 1:21 pm to be served on **DEPUY PRODUCTS, INC. c/o CT Corporation, 150 W. Market Street, Suite 800, Indianapolis, IN 46404.**

I, Carly Griffin, being duly sworn, depose and say that on the **12th day of June, 2019 at 10:58 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint for Damages** to: **Patrick Jones as Registered Agent** for **DEPUY PRODUCTS, INC.,** at the address of: **150 W. Market Street, Suite 800, Indianapolis, IN 46404,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 5'7", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

State of Indiana

County of Marion

Subscribed to before me on the 13
day of June , 2019,
by the affiant who is personally known to me.

NOTARY PUBLIC

KATE VICTORIA PETRI
Notary Public – Seal
Marion County – State of Indiana
Commission Number 708011
My Commission Expires Nov 28, 2025

Carly Griffin

TSI Legal
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: TPL-2019111426
Ref: Jennings-Moline v. Depuy

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

## Case Information

CV28-19-3220 | Terry Jennings-Moline Plaintiff, vs. DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy International Limited, Johnson & Johnson Company, Johnson & Johnson Services, Inc. Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV28-19-3220 | Kootenai County District Court | Meyer, Cynthia K.C. |

| File Date | Case Type | Case Status |
|---|---|---|
| 04/30/2019 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
Jennings-Moline, Terry

DOB
XX/XX/1957

Active Attorneys ▾
Lead Attorney
Larsen, Wes Scott
Retained

**Defendant**
DePuy Orthopaedics, Inc.

**Defendant**
DePuy Products, Inc.

**Defendant**

DePuy International Limited


Defendant
Johnson & Johnson Company


Defendant
Johnson & Johnson Services, Inc.


## Events and Hearings

04/30/2019 Initiating Document - District

04/30/2019 Complaint Filed

04/30/2019 Civil Case Information Sheet

04/30/2019 Summons Issued ▼

    Comment
    DePuy Orthopaedics, Inc.

04/30/2019 Summons Issued ▼

    Comment
    DePuy Products, Inc.

04/30/2019 Summons Issued ▼

    Comment
    DePuy International Limited

04/30/2019 Summons Issued ▼

Comment
Johnson & Johnson Company

04/30/2019 Summons Issued ▼

Comment
Johnson & Johnson Services, Inc.

06/19/2019 Affidavit of Service ▼

Comment
- Johnson & Johnson Co 06/05/19

06/19/2019 Affidavit of Service ▼

Comment
Johnson & Johnson Services 06/05/19

06/19/2019 Affidavit of Service ▼

Comment
- Depuy Orthopaedics 06/12/19

06/19/2019 Affidavit of Service ▼

Comment
- Depuy Products 06/12/19

## Financial

Jennings-Moline, Terry
| | | |
|---|---|---|
| Total Financial Assessment | | $221.00 |
| Total Payments and Credits | | $221.00 |
| 5/6/2019 | Transaction Assessment | $221.00 |
| 5/6/2019 | EFile Payment | ($221.00) |

Receipt # 16631-
2019-R28

Jennings-Moline,
Terry